UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-2251 PA (JCx)<br>CV 16-4743 PA (JCx) | Date | July 14, 2016 |
|---|---|---|---|
| Title | Jack Wilson, et al v. The Investment and Administrative Committee of the Walt Disney Company Sponsored Qualified Benefit Plans and Key Employees Deferred Compensation and Retirement Plan, et al; Patricia Du Vall, et al. v. The Investment and Administrative Committee of the Walt Disney Company Sponsored Qualified Benefit Plans and Key Employees Deferred Compensation and Retirement Plan, et al. | | |

Present: The Honorable    PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| Stephen Montes Kerr | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

None                                                                  None

**Proceedings:**         IN CHAMBERS - ORDER TO SHOW CAUSE

The Court recently deemed the Complaint filed in Jack Wilson, et al v. The Investment and Administrative Committee of the Walt Disney Company Sponsored Qualified Benefit Plans and Key Employees Deferred Compensation and Retirement Plan, et al.,Case No. 16-CV-2251-PA (JCx) ("Wilson") to be related to the Complaint filed in Patricia Du Vall, et al. v. The Investment and Administrative Committee of the Walt Disney Company Sponsored Qualified Benefit Plans and Key Employees Deferred Compensation and Retirement Plan, et al., Case No. 16-CV-4743-PA (JCx) ("Du Vall").

Before the Court is a Joint Stipulation to Extend Defendants' Time for Responding to Related Wilson and Du Vall Complaints. (Wilson, Docket No. 33; Du Vall, Docket No. 14.) The Joint Stipulation requests that the Court extend the deadline to respond to the Complaints filed in Wilson and Du Vall to thirty (30) days after a Consolidated Complaint is filed by "Plaintiffs." The Joint Stipulation is hereby denied.

Instead, the Court orders the parties to show cause, in writing, why these cases should not be consolidated. See Fed. R. Civ. P. 42(a) ("If actions before the court involve a common question of law or fact, the court may . . . consolidate the actions."); Inv'rs Research Co. v. U.S. Dist. Court for Cent. Dist. of California, 877 F.2d 777, 777 (9th Cir. 1989) ("The district court has broad discretion under [Rule 42(a)] to consolidate cases pending in the same district."). The parties' responses to this Order to Show Cause, which shall not exceed ten (10) pages, shall be filed by July 25, 2016.

The Court further orders plaintiffs' counsel in Wilson and Du Vall to meet and confer within the next seven (7) days to determine if competing motions for the appointment of Interim Class Counsel will be necessary to determine which counsel shall file a Consolidated Complaint if the Court determines these matters should be consolidated. See Fed. R. Civ. P. 23(g)(2). If the parties are able to agree on the appointment of class counsel, a joint status report informing the Court of their election shall be filed no

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-2251 PA (JCx)<br>CV 16-4743 PA (JCx) | Date | July 14, 2016 |
|---|---|---|---|
| Title | Jack Wilson, et al v. The Investment and Administrative Committee of the Walt Disney Company Sponsored Qualified Benefit Plans and Key Employees Deferred Compensation and Retirement Plan, et al; Patricia Du Vall, et al. v. The Investment and Administrative Committee of the Walt Disney Company Sponsored Qualified Benefit Plans and Key Employees Deferred Compensation and Retirement Plan, et al. | | |

later than July 25, 2016. If the parties are unable to agree, motions for appointment of interim class counsel shall be filed no later than July 26, 2016. Oppositions shall be filed no later than August 1, 2016, and replies, if any, shall be filed no later than August 3, 2016.

If the Court determines Wilson and Du Vall should be consolidated, a Consolidated Complaint shall be filed no later than August 15, 2016. Defendants shall then have until September 6, 2016, to file a responsive pleading.

IT IS SO ORDERED.