JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Disney ERISA Litigation | CV 16-2251 PA (JCx)<br><br>JUDGMENT |

Pursuant to the Court's November 14, 2016 and April 21, 2017 Minute Orders granting the Motions to Dismiss filed by defendants Investment and Administrative Committee of the Walt Disney Company Sponsored Qualified Benefit Plans and Key Employees Deferred Compensation and Retirement Plan, and committee members Christine McCarthy, Mary Jayne Parker, Jeffrey Shapiro, James Rasulo, Alan Braverman, Brent Woodford, and Jonathan Headley (collectively, "Defendants"), which dismissed all of the claims asserted by plaintiffs Jack Wilson, William Gaudette, and Patricia Du Vall (collectively "Plaintiffs") against Defendants,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants shall have judgment in their favor against Plaintiffs.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs' claims are dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs take nothing and that Defendants shall have their costs of suit.

IT IS SO ORDERED.

DATED: April 21, 2017

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE