UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 25 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JACK WILSON; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>FIDELITY MANAGEMENT TRUST COMPANY; et al.,<br><br>        Defendants - Appellees. | No. 17-55726<br><br>D.C. No. 2:16-cv-02251-PA-JC<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered March 01, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk
Ninth Circuit Rule 27-7